UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE
*Electronically Filed*

| | | |
|---|---|---|
| IN RE: | ) | |
| ARLEASHA G. WORKMAN, | ) | Case No. 22-30629 |
| Debtor, | ) | Chapter 13 |
| ARLEASHA G. WORKMAN, | ) | |
| Plaintiff, | ) | AP No. 24-03011-crm |
| v. | ) | |
| UNITED STATES DEPARTMENT OF EDUCATION, | ) | |
| Defendant. | ) | |

**AGREED ORDER OF DISMISSAL**

Plaintiff, Arleasha G. Workman, and Defendant, the United States of America, on behalf of its agency, the Department of Education, by counsel, having reached an agreement to dismiss this adversary proceeding, and the Court being otherwise sufficiently advised,

IT IS HEREBY ORDERED that this adversary proceeding seeking discharge of Plaintiff's student loans pursuant to 11 U.S.C. § 523(a)(8) is dismissed without prejudice. Each party shall bear its own costs and attorney's fees.

TENDERED BY:

KYLE BUMGARNER
United States Attorney

*s/ Katherine A. Bell*
Katherine A. Bell
Assistant United States Attorney
717 West Broadway
Louisville, KY 40202
Phone: (502) 582-5094
Fax: (502) 625-7110
Email: katherine.bell@usdoj.gov
*Counsel for the United States*

HAVE SEEN AND AGREED TO:

*/s [See attached signature page]*
Arleasha G. Workman
1515 Larchmont Avenue
Louisville, Kentucky 40215
*Debtor/Plaintiff*

## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing was filed with the Court on May 14, 2026 using the Court's CM/ECF system and a copy of such pleading will be served through the Court's electronic filing system on all parties requesting notice in this adversary proceeding. In addition a hard copy will be mailed to Plaintiff at the following address on May 15, 2026:

Arleasha Workman
1515 Larchmont Avenue
Louisville, Kentucky 40215

*s/ Katherine A. Bell*
Katherine A. Bell
Counsel for Defendant

TENDERED BY:

KYLE BUMGARNER
United States Attorney

*s/ Katherine A. Bell*
Katherine A. Bell
Assistant United States Attorney
717 West Broadway
Louisville, KY 40202
Phone: (502) 582-5094
Fax: (502) 625-7110
Email: katherine.bell@usdoj.gov
*Counsel for the United States*

HAVE SEEN AND AGREED TO:

/s
Arleasha G. Workman
1515 Larchmont Avenue
Louisville, Kentucky 40215
*Debtor/Plaintiff*

**CERTIFICATE OF SERVICE**

A true and correct copy of the foregoing was filed with the Court on May 11, 2026 using the Court's CM/ECF system and a copy of such pleading will be served through the Court's electronic filing system on all parties requesting notice in this adversary proceeding. In addition a hard copy will be mailed to Plaintiff at the following address:

Arleasha Workman
1515 Larchmont Avenue
Louisville, Kentucky 40215

*s/ Katherine A. Bell*
Katherine A. Bell
Counsel for Defendant